UN-SEALED

107655578
77922-097

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Amerika Mobley<br><br>_Defendant_ | )<br>)  Case No.  2:18-MJ-0256 AC<br>)<br>)  **FILED**<br>)<br>)  DEC 20 2018<br>  CLERK, U.S. DISTRICT COURT<br>  EASTERN DISTRICT OF CALIFORNIA<br>  BY _____<br>        DEPUTY CLERK |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Amerika Mobley                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 and 841(a)(1): Distribution and conspiracy to distribute and possess with intent to distribute at least 10 grams of a mixture and substance containing a detectable amount of Lysergic Acid Diethylamide (LSD)

21 U.S.C. §§ 846 and 841(a)(1): Distribution and conspiracy to distribute and possess with intent to distribute 3 4 Methylenedioxymethamphetamine (MDMA)


Date: 12/13/18                                                _____
                                                              _Issuing officer's signature_

City and state:  Sacramento, California                       Allison Claire, United States Magistrate Judge
                                                              _Printed name and title_

### Return

| | |
|---|---|
| This warrant was received on _(date)_ 12/14/18, and the person was arrested on _(date)_ 12/18/18<br>at _(city and state)_ S. LAKE TAHOE<br><br>Date: 12/19/18 | _____<br>_Arresting officer's signature_<br><br>_____, United States Magistrate Judge<br>_Printed name and title_ |