McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAR 22 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>AMERIKA MOBLEY,<br><br>              Defendant. | CASE NO. 2:19-CR 0 0 5 5  JAM<br><br>21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute LSD, MDMA, and Marijuana; 21 U.S.C. § 853(a) – Criminal Forfeiture |

# I N F O R M A T I O N

<u>COUNT ONE</u>: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute LSD, MDMA, and Marijuana]

The United States charges: T H A T

AMERIKA MOBLEY,

defendant herein, between on or about June 1, 2014, and continuing through on or about December 18, 2018, in Placer and Nevada Counties, State and Eastern District of California, and elsewhere, did knowingly and intentionally conspire and agree with other individuals, both known and unknown to the United States, to distribute and to possess with intent to distribute Lysergic Acid Diethylamide (LSD), 3.4-Methylenedioxymethamphetmamine (MDMA), and Marijuana, Schedule I Controlled Substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

<u>FORFEITURE ALLEGATION</u>: [21 U.S.C. § 853(a) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count One, the defendant AMERIKA MOBLEY shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

    a. All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which the defendant is convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

    b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which the defendant is convicted.

2. If any property subject to forfeiture, as a result of the offense alleged in Count One of this Information, for which the defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant, up to the value of the property subject to forfeiture.

Dated: March 22, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Cameron L. Desmond
CAMERON L. DESMOND
Assistant United States Attorney

INFORMATION

2

**United States v. Amerika Mobley**
**Penalties for Information**

2:19-CR 0 0 5 5 JAM

**COUNT 1:**
VIOLATION: 21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute LSD, MDMA, and Marijuana

PENALTIES: A maximum of up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)