# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| *Subject:* | **Continue Judgment and Sentencing in: United States v. Mobley, 2:19-cr-00055-JAM,** | *Date:* | **April 2, 2019** |
| *To:* | **Harry Vine, Courtroom Deputy to the Honorable John A. Mendez** | *From:* | **Cameron L. Desmond U.S. Attorney's Office Eastern District of California** |

Counsel has conferred and agreed to vacate the current Judgment and Sentencing date of July 2, 2019, and continue the sentencing to October 22, 2019.

The parties request the continuance for the purpose of conducting further investigation bearing on a final sentencing recommendation. Probation Officer Erica Tatum does not object to this request.

The parties agree to the following schedule: The draft Presentence Report is due September 10, 2019, Informal Objections to the Presentence Report are due September 24, 2019, the Final Presentence Report is due October 1, 2019, the Reply or Statement of Non-opposition is due October 15, 2019, and the Judgment and Sentencing is set for October 22, 2019.

Please contact me at (916) 554-2711 if you have any questions.

cc:  David Fischer, Defense Counsel
     Erica Tatum, United States Probation Officer