McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
APR 0 5 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>AMERIKA MOBLEY,<br><br>          Defendant. | CASE NO. 2:19-CR-0055-JAM<br><br>NOTICE OF REQUEST TO SEAL |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Cameron L. Desmond, provides notice that it is requesting to file under seal: (1) a four-page document filed with the Court in connection with the criminal prosecution of defendant Amerika Mobley based upon the concerns articulated in the government's Request to Seal Document; and (2) a Request to Seal Document. The government respectfully requests that these documents remain under seal until further Order of the Court.

The aforementioned documents were transmitted to the Court on March 26, 2019. Copies of the documents were served on the parties.

Dated: March 26, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Cameron L. Desmond
CAMERON L. DESMOND
Assistant United States Attorney

NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL DOCUMENTS

1