UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-00055-JAM |
| Plaintiff, | |
| v. | **ORDER FOR VOLUNTARY SURRENDER** |
| AMERIKA MOBLEY, | |
| Defendant. | |

Defendant Amerika Mobley, having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California before 2:00 p.m. on August 31, 2021. The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this order.

The Court reserves jurisdiction over this matter and will only change the date or time of voluntary surrender upon motion

1  of either the defendant or the government with good cause

2  appearing.

3      The Clerk is directed to serve the U.S. Marshals Service a

4  copy of the order.

5      IT IS SO ORDERED.

6

7  Dated:  June 22, 2021          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
8                                  UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28