DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd Ste 312
Rocklin, CA 95765
Telephone:    (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         david.fischer@fischerlawoffice.com

Attorney for Defendant
AMERIKA MOBLEY

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>AMERIKA MOBLEY,<br><br>              Defendant. | Case No.: 2:19-CR-0055 JAM<br><br>**ORDER<br>RE: DEFENDANT'S<br>REQUEST TO BE DESIGNATED TO<br>FCI MENDOTA INSTEAD OF FCI<br>HERLONG** |

The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant be incarcerated at FCI-Mendota in California, but only insofar as this recommendation accords with security classification and space availability. The court recommends the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program.

DATED:  June 28, 2021            /s/ John A. Mendez
                                                  _____
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE